IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ADAM GRIEGO and
ELIJAH HAUKEREID,

      Plaintiffs,

vs.                                    Case No. 16-cv-475 JCH-SCY

DAVID CHAVEZ,
Individually and in his official capacity
as a Forest Ranger,

      Defendants.

## WRIT OF EXECUTION

**THE PRESIDENT OF THE UNITED STATES OF AMERICA TO
THE STATE OF NEW MEXICO to the Sheriff or a full-time salaried deputy sheriff
of any New Mexico County – GREETINGS:**

**WHEREAS,** judgment was rendered by the District Court of the United States for the

District of New Mexico on February 21, 2018, in favor of the Plaintiffs, Adam Griego and Elijah

Haukereid, and against Defendant David Chavez, in the following amounts:

        a.      $450,000.00 to Adam Griego;

        b.      $140,000.00 to Elijah Haukereid; and

        c.      Plaintiffs' attorney costs of $3,499.41.

and remains of record and in full force and effect;

      **WHEREAS,** Plaintiffs have not received any payment since the entry of said judgment;

      **NOW, THEREFORE, YOU ARE HEREBY COMMANDED,** that of the goods and

chattels, land and tenements and effects of David Chavez at 2002 Vista Hill North Loop, Los

Lunas, NM  87031, you cause to be made the sum of $590,000.00 as of February 21, 2018, plus

1

costs of $3,499.41, and all costs and expenses incurred by you in making levy and sale, including your fees and commissions allowed by law;

And of your acts and doings hereunder, that you make due return to this Court within sixty days from the date hereof, together with all monies received by you by virtue hereof.

**WITNESS**, the Honorable United States District Judge for the District of New Mexico and the seal thereof, at Albuquerque, in said District, this <u>7th</u> day of <u>September</u>, 2018.



**CLERK**
**Clerk of the District Court**
**District of New Mexico**

Mitchell R. Elfers, Acting Clerk of Court
**Clerk**

2